UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JUDITH K. PETITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 8:14-CV-00961-VMC-TGW |
| U.S. BANK NATIONAL ASSOCIATION d/b/a ELAN FINANCIAL SERVICES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

\_\_\_\_\_    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

\_\_X\_\_    **IS NOT** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

Dated: June 4, 2014

                                                 Respectfully submitted,

                                                 /s/ Christi A. Lawson
                                                 Christi A. Lawson
                                                 Florida Bar No. 0498351
                                                 clawson@foley.com
                                                 Foley & Lardner LLP
                                                 111 North Orange Avenue, Suite 1800
                                                 Orlando, FL  32801-2386
                                                 Telephone: 407.244.3235
                                                 Facsimile: 407.648.1743
                                                 Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on Plaintiff via filing with the Court's CM/ECF system this 4th day of June 2014.

/s/ Christi A. Lawson
Christi A. Lawson
Florida Bar No. 0498351
clawson@foley.com
Foley & Lardner LLP
111 North Orange Avenue, Suite 1800
Orlando, FL  32801-2386
Telephone: 407.244.3235
Facsimile: 407.648.1743