UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUDITH K. PETITT,

    Plaintiff,
v.                           Case No. 8:14-cv-961-T-33TGW

U.S. BANK NATIONAL ASSOCIATION
D/B/A/ ELAN FINANCIAL SERVICES,

    Defendant.
_____/

**ORDER**

This cause comes before the Court *sua sponte*. At a hearing on July 3, 2014, this Court directed Plaintiff Judith K. Petitt to contact the office of court-appointed mediator Peter Grilli, Esq. to schedule the mediation conference for this case. (Doc. # 20). Pursuant to the Case Management and Scheduling Order (Doc. # 22), the parties were directed to advise the Court as to the date, time and location of the mediation by August 1, 2014. However, the parties failed to timely advise the Court of these details, and therefore, the Court directed the parties to provide the necessary information to the Court by August 5, 2014. (Doc. # 28).

On August 5, 2014, Defendant filed a Notice with the Court indicating that Plaintiff failed to contact Defendant's counsel regarding the mediation conference pursuant to the

Court's previous Orders. (Doc. # 29). Accordingly, Defendant contacted the office of Peter Grilli, Esq, to ascertain available dates for the Court-ordered mediation.[1] (Id.). As Plaintiff has failed to comply with the Court's previous Orders, this Court is within its right to sanction Plaintiff, which includes dismissing this case for failure to prosecute.

The Court has *sua sponte* scheduled the mediation conference for **October 30, 2014, at 1:30 P.M.** before Peter Grilli, Esq. to be conducted at 3001 West Azeele Street, Tampa, Florida 33609. The parties are directed to mediate in good faith and to fully and faithfully explore every settlement opportunity. Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

Plaintiff is directed to immediately contact Peter Grilli, Esq. to discuss how Plaintiff can provide her share

---

[1] According to the Notice, the available dates are September 29, October 1-3, 7-8, 17, 20-21, 27, 30, 2014. (See Doc. # 29).

of the mediation payment to Peter Grilli, Esq., with payment due to Peter Grilli, Esq. by **October 20, 2014**. Plaintiff is directed to file a Notice with the Court by **October 15, 2014**, setting forth this payment arrangement.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

(1) The mediation conference is scheduled for **October 30, 2014, at 1:30 P.M.** before Peter Grilli, Esq. to be conducted at 3001 West Azeele Street, Tampa, Florida 33609.

(2) Plaintiff is directed to immediately contact Peter Grilli, Esq. to discuss how Plaintiff can provide her share of the mediation payment to Peter Grilli, Esq., with payment due to Peter Grilli, Esq. by **October 20, 2014.**

(3) Plaintiff is directed to file a Notice with the Court by **October 15, 2014**, setting forth this payment arrangement.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 6th day of August, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3

Copies: All Counsel and Parties of Record

       Mediator: Peter Grilli
                3001 West Azeele Street
                Tampa, Florida 33609