UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUDITH K. PETITT,

    Plaintiff,

v.                                            CASE No. 8:14-CV-961-T-33TGW

U.S. BANK NATIONAL ASSOCIATION
d/b/a ELAN FINANCIAL SERVICES,

    Defendant.
_____

ORDER

THIS CAUSE came on for consideration upon the Unopposed Motion of Michael C. Lueder to Appear *Pro Hac Vice* for Defendant U.S. Bank National Association and Elan Financial Services and Written Designation and Consent to Act Pursuant to Local Rule 2.02 (Doc. 25). The attorney represents that he has complied with Local Rule 2.02.

It is, therefore, upon consideration

ORDERED:

That the Unopposed Motion of Michael C. Lueder to Appear *Pro Hac Vice* for Defendant U.S. Bank National Association and Elan Financial Services and Written Designation and Consent to Act Pursuant to Local Rule 2.02 (Doc. 25) be, and the same is hereby, **GRANTED**.

DONE and ORDERED at Tampa, Florida, this 12 day of August, 2014.

                                            THOMAS G. WILSON
                                      UNITED STATES MAGISTRATE JUDGE