```
            UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF FLORIDA
                  TAMPA DIVISION
```

JUDITH K. PETITT,
Plaintiff,
v.
                                                      Case No. 8:14-cv-961-T-33TGW

U.S. BANK NATIONAL ASSOCIATION
D/B/A/ ELAN FINANCIAL SERVICES,
Defendant.
_____/

**PLAINTIFFS RESPONSE TO COURT ORDER**

**AS ORDERED BY THE COURT THE FOLLOWING ACTIONS HAVE BEEN COMPLETED BY PLAINTIFF:**

1. **PLAINTIFF, JUDITH K.PETITT HAS CONTACTED PETER GRILLE'S OFFICE AND CONFIRMED THAT MEDIATION CONFERENCE IS SCHEDULED FOR OCTOBER 30, 2014 AT 1:30PM.**
2. **PLAINTIFF HAS MADE PAYMENT ARRANGEMENTS WITH HIS OFFICE. PAYMENT WAS MAILED TODAY.**
3. **PLAINTIFF IS FILING NOTICE WITH COURT AS DIRECTED TO CONFIRM THAT PAYMENT ARRANGEMENTS ARE COMPLETED.**

RESPECTFULLY SUBMITTED,
JUDITH K. PETITT

TAMPA FL 335
SAINT PETERSBURG FL
15 AUG 2014 PM 3 L

Judith K Petitt
9375 U.S. Hwy 19 N
Suite A
Pinellas Park, Florida 33782

Middle District of Florida Court
801 N Florida Avenue
Tampa, Florida 33602

33602386030