FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2014 AUG 25  PH 1:50

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLA

JUDITH K. PETITT,
Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION
DBA ELAN FINANCIAL SERVICES,
Defendants.

Case No. 8:14-CV 961-VMC-TGW

## MOTION TO DECLARE REQUEST FOR ADMISSIONS ADMITTED

Plaintiff, Judith K. Petitt, hereby files this Motion to Deem Requests Admitted pursuant to FRCP 36 and states:

1. Plaintiff served Defendant with Request for Admissions dated July 18th, 2014 thru regular U.S. Mail.
2. Allowing 30 days plus 3 days for delivery the Responses to the Request for Admissions were due on or about August 20th, 2014.
3. To date, there has been no response nor objection to the Request for Admissions have been received by the Plaintiff.
4. The Plaintiff is entitled to an Order of this Court declaring that the Requests for Admissions be deemed admitted.

WHEREFORE, Plaintiff prays that this Court will enter an Order deeming the Request for Admissions admitted and grant such other and further relief as this Court deems just and proper under the circumstances.

Judith K. Petitt, Plaintiff

**CERTIFICATE OF SEVICE**

I CERTIFY THAT A COPY OF THE FOLLOWING WAS MAILED BY REGURLAR U.S.MAIL ON August 26 2014 TO Christi A. Lawson at Foley & Lardner LLP 111 North Orange Avenue, Suite 1800 Orlando, FL 32801-2386
Telephone: (407) 423-7656
Facsimile: (407) 648-1743