UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUDITH K. PETITT,

    Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION
DBA ELAN FINANCIAL SERVICES,

    Defendants.

Case No. 8:14-cv- 961-VMC-TGW

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Judith K. Petitt, and Defendant, US Bank National Association d/b/a Elan Financial Services, by and through its undersigned counsel (collectively "the Parties), file this Stipulation of Dismissal with Prejudice and state as follows:

The Parties advise the Court that they have reached a settlement of this action and have entered into a Confidential Settlement Agreement.  Therefore, pursuant to Local Rule 3.08, the Parties move for the entry of an Order of dismissal with prejudice, with this Court retaining jurisdiction to enforce the Confidential Settlement Agreement under the terms therein.  Each party shall bear its own costs and attorneys' fees as stated in the Confidential Settlement Agreement.

Dated this 9th day of September, 2014.


/s/ Christi A. Lawson
**Christi A. Lawson**
Florida Bar No. 0498351
clawson@foley.com
**Foley & Lardner LLP**

/s/ Judith K. Petitt
**Judith K. Petitt**
*Pro Se* Plaintiff
jkpetitt@tampabay.rr.com
Telephone:  727.455.9793

4827-8143-3630.2

111 North Orange Avenue, Suite 1800
Orlando, FL  32801-2386
Telephone:  407.423.7656
Facsimile:  407.648.1743
*Attorney for US Bank National Association*
*d/b/a Elan Financial Services*